IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:10-CV-63-FL

| | |
|---|---|
| Miguel Maldonado ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| Janet Napolitano ) | |
| *Secretary of Department of Homeland* and ) | |
| Bureau of Immigration and Customs ) | |
| Enforcement ) | |
| Defendants ) | |

THIS MATTER comes before the Court upon Plaintiff, Miguel Maldonado's Motion for Default and Default Judgment filed at Docket Entry 13.

In reviewing the Court's docket, the Court finds that the Plaintiff has failed to make proper service upon defendants pursuant to Rule 4(i)1(A)(i)(ii) and 4(i)1(B) of the Federal Rules of Civil Procedure.

Based on the foregoing, the Court finds that Plaintiff's Motion for Default and Default Judgment against Defendants Janet Napolitano and the Bureau of Immigration and Customs Enforcement is hereby DENIED for failure to make proper service.

SO ORDERED, this 19th day of October, 2011.

Dennis P. Iavarone
Clerk of Court