UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| MIGUEL MALDONADO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 2:10-CV-63-FL |
| JANET NAPOLITANO, | ) | |
| Secretary of the Department of | ) | |
| Homeland Security, and the BUREAU | ) | |
| OF IMMIGRATION AND CUSTOMS | ) | |
| ENFORCEMENT, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 18, 2012, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is granted and this case is dismissed with prejudice. Plaintiff shall have and recover nothing from this action.

<u>**This Judgment Filed and Entered on September 19, 2012, and Copies To:**</u>

Miguel Maldonado (09827-004) (via U.S. Mail)
        c/o D. Ray James at PO Box 2000, Folkston, GA 31527
William C. Silvis (via CM/ECF Notice of Electronic Filing)


September 19, 2012                    JULIE A. RICHARDS, CLERK
                                      _/s/ Christa N. Baker_____
                                      (By) Christa N. Baker, Deputy Clerk